IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

THOMAS H., II,
    Plaintiff(s),

v.

Commissioner of Social Security,
    Defendant(s).

Case No. 2:24-cv-3832
(Litkovitz, MJ ; Consent Case)

## JUDGMENT IN A CIVIL CASE

**[ ]**     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDER granting the parties Joint [11] Motion to Remand.  The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58; This matter is REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulation; and the case is terminated on the docket of this Court.  (See Doc. 12).

Date: November 22, 2024

1 The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

    Richard W. Nagel, Clerk of Court
    By:  s/Arthur Hill, deputy clerk